IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | |
|---|---|
| FUSIONEDGE SOLUTIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant. | Case No. 25-2066 C |

**NOTICE OF DIRECTLY RELATED CASES**

Pursuant to Rule 40.2(a)(3) of the Rules of the United States Court of Federal Claims, FusionEdge Solutions, LLC, hereby provides notice of directly related cases that involve the same contract under protest. This new matter is directly related to AccelGov, LLC v. United States, Case No. 25-1671; and Red Cedar Harmonia, LLC v. United States, Case No. 25-1827. The new matter involves the same parties and the same contracts awarded by the U.S. Coast Guard in response to RFQ 70Z0G325QESD30001. Assignment to Judge Robin M. Meriweather is likely to conserve judicial resources and promote an efficient determination of the actions.

Dated: December 5, 2025

Respectfully submitted,

/s/ Jeremy W. Dutra
Karen R. Harbaugh
Jeremy Dutra
SQUIRE PATTON BOGGS (US) LLP
2550 M Street NW
Washington, DC 20037
Tel: (202) 457-6000
Fax: (202) 457-6315
karen.harbaugh@squirepb.com
jeremy.dutra@squirepb.com
*Attorneys of record for FusionEdge Solutions, LLC*